**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 322 WAL 2016
                               :
           Respondent        :
                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court
           v.                      :
                               :
                               :
TAYMAR YOUNG,               :
                               :
           Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.